No. 97–9230. JACOBS *v.* JACOBS ET AL. Ct. App. Minn. Certiorari denied.

No. 97–9232. MARTIN *v.* NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 97–9234. PIKITUS *v.* BOROUGH OF SHENANDOAH SEWAGE DEPARTMENT. C. A. 3d Cir. Certiorari denied.

No. 97–9235. BRANCATO *v.* FISCHER ET AL. C. A. 8th Cir. Certiorari denied.

No. 97–9238. LIMEHOUSE *v.* RED LOBSTER, INC. C. A. 11th Cir. Certiorari denied.

No. 97–9239. KINSLOW *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 97–9240. KING *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–9241. SPAULDING *v.* LEE, ADMINISTRATOR, CALEDONIA CORRECTIONAL INSTITUTION. C. A. 4th Cir. Certiorari denied.

No. 97–9244. MURRAY *v.* ALFORD, WARDEN. Sup. Ct. Fla. Certiorari denied.

No. 97–9245. MCCLUSTER *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Sup. Ct. Fla. Certiorari denied.

No. 97–9248. JONES *v.* ALABAMA ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–9251. BAST *v.* GLASBERG ET AL. C. A. 4th Cir. Certiorari denied.

No. 97–9255. HENDERSON *v.* UNIVERSITY OF COLORADO AT BOULDER. C. A. 10th Cir. Certiorari denied.

No. 97–9259. HIRT *v.* GIRARD, MINNESOTA COMMISSIONER OF REVENUE. Ct. App. Minn. Certiorari denied.